OFFICE OF THE CITY ATTORNEY
DANIEL L. BROWN, Acting City Attorney
State Bar No. 013778
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Shannon M. Bell Bar No. 018403
Thomas G. Stack, Bar No. 024002
Assistant City Attorneys

Attorneys for Michael Villareal, Chase Ditwiler, Stacey Parks, Jeffrey Farrior, Michael Cornelius, City of Phoenix

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Teri Lynn Matheis,<br><br>Plaintiffs,<br><br>vs.<br><br>Michael Villareal, in his individual capacity; Chase Ditwiler, in his individual capacity; Stacey Parks, in his individual capacity; Jeffrey Farrior, in his individual capacity; Michael Cornelius, in his individual capacity; City of Phoenix, municipality organized under the laws of the State of Arizona,<br><br>Defendants. | No. CV-13-02122-DLR<br><br>**NOTICE OF SETTLEMENT/MOTION TO STAY PROCEEDINGS**<br><br>(Assigned to the Honorable Douglas L. Rayes) |

Defendants Michael Villareal, Chase Ditwiler, Stacey Parks, Jeffrey Farrior, Michael Cornelius, the City of Phoenix, through undersigned, and pursuant to LRCiv. 40.2(d), hereby give notice to the Court that the parties have reached a settlement in the

above-entitled case, subject to City Council authorization. This settlement will be recommended to the City Council at executive session on September 8, 2015. Subject to appropriate authorization, the parties will prepare and execute a final Settlement Agreement and Stipulation for Dismissal with Prejudice. Once executed, the parties will file the Stipulation for Dismissal with Prejudice and Proposed Order with this Court.

Until this matter is presented to City Council and the settlement authorized, the parties respectfully request that this matter and all pending deadlines be stayed. The parties have agreed to cancel all pending depositions so as not to incur additional costs. Should City Council not authorize the settlement, the parties will notify the Court immediately so that the remaining discovery issues can be addressed and deadlines imposed.

DATED this 13th day of July, 2015.

DANIEL L. BROWN, Acting City Attorney

By_____/s/ Shannon M. Bell_____
　　Shannon M. Bell
　　Thomas G. Stack
　　Assistant City Attorneys
　　200 West Washington, Suite 1300
　　Phoenix, Arizona  85003-1611
　　Attorneys for Defendants Michael
　　Villareal, Chase Ditwiler, Stacey Parks, Jeffrey
　　Farrior, Michael Cornelius, City of Phoenix

OFFICE OF THE CITY ATTORNEY
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

# CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael Yucevicius
Montano Arentz & Associates
2020 North Central Avenue, Suite 1010
Phoenix, AZ  85004-4578
Attorneys for Plaintiff(s)

By/s/S.Johnson
1192563_1